UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-274-01 (RJL)** |
| | : | |
| v. | : | |
| | : | |
| **RENITA FRANKLIN-THROWER** | : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned for all purposes to Assistant United States Attorney Jocelyn Ballantine at telephone number (202) 514-7533 and/or email address Jocelyn.Ballantine2@usdoj.gov, and that Assistant United States Attorney Anthony Alexis no longer represents the United States in this matter.

          Respectfully submitted,

          JEFFREY A. TAYLOR
          United States Attorney

          /s/
BY: _____
          JOCELYN S. BALLANTINE
          Assistant United States Attorney
          C.A. Bar No. 208267
          555 4th Street, N.W.  Room 4237
          Washington, DC 20530