UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-274-01(RJL) |
| v. : | |
| RENITA FRANKLIN-THROWER, : | |
| Defendant. : | |

**GOVERNMENT'S MOTION FOR ISSUANCE OF A BENCH WARRANT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court issue a bench warrant for the defendant in this case. In support of this motion, the government states as follows:

On October 16, 2007, an indictment was issued in this case, charging the defendant with engaging in a scheme to obtain funds by embezzlement from an organization receiving federal funds, in violation of 18 U.S.C. § 666(a)(1)(A). Counsel had previously been appointed in connection with this case (see 07-382M-01 (CR)) to facilitate pre-indictment plea discussions.

At the time of her indictment, the defendant was scheduled to meet with her appointed counsel, Assistant Federal Public Defender Shawn Moore, the following Wednesday, October 17, 2007. Magistrate Judge Robinson therefore held off on issuing a warrant for her arrest, but indicated that she would do so if the defendant did not appear for her meeting. Government counsel has since confirmed with Shawn Moore that the defendant did not appear for her meeting with him, and that he has had no further contact with her in the intervening week.

In light of the foregoing, the government requests that the Court issue a warrant for the defendant's arrest.

                                          Respectfully submitted,

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          /s/
By: _____
                                          Jocelyn S. Ballantine
                                          Assistant United States Attorney
                                          California Bar No. 208267
                                          555 4th Street, N.W., Room 4237
                                          Washington, D.C. 20530
                                          (202) 514-7533 (tel.)
                                          (202) 514-6010 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 07-274-01(RJL)** |
| | : | |
| **v.** | : | |
| | : | |
| **RENITA FRANKLIN-THROWER,** | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

The government having filed a motion to issue a warrant for the defendant's arrest, and after a consideration of this matter, it is this _____ day of _____, 2007, hereby

ORDERED that a bench warrant is issued for the arrest of the defendant.

_____
RICHARD J. LEON
United States District Court Judge

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: | MAGIS. NO: |
| | Criminal No. 07-274-01 (RJL) | |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| **RENITA FRANKLIN-THROWER** | Renita Franklin-Thrower<br>4025 The Almeda<br>Baltimore, MD 21218 | |
| **DOB:** 09/23/65  **PDID:** | | |
| WARRANT ISSUED ON THE BASIS OF:   **INDICTMENT** | DISTRICT OF ARREST | |
| TO:   ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

OBTAINING FUNDS BY EMBEZZLEMENT FROM AN ORGANIZATION RECEIVING FEDERAL FUNDS.

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:
18:666(a)(1)(A)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**JUDGE RICHARD J. LEON** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>**U.S. DISTRICT COURT JUDGE LEON** | DATE ISSUED:<br>10/29/2007 |
| CLERK OF COURT:<br>**Nancy Mayer-Whittington** | BY DEPUTY CLERK: | DATE:<br>10/29/2007 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:   Yes      No   X | | OCDETF CASE:   Yes      No   X |