UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | : | Case No: 07-CR-274 (RJL) |
| | : | |
| v. | : | |
| | : | **FILED** |
| RENITA FRANKLIN-THROWER | : | |
| | : | NOV 2 – 2007 |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### ORDER

Upon oral motion of the Government and the defendant, and for good cause shown, it is this 2nd day of November, 2007, hereby ORDERED that the defendant, on November 2, 2007, report with Secret Service Agent Justin Camp for the purpose of booking, fingerprinting, photographing and processing on the charge contained in the information against her in the instant case.

_____
RICHARD L. LEON
UNITED STATES MAGISTRATE JUDGE

cc:   Jocelyn S. Ballantine, Esq.
      Assistant United States Attorney
      555 4th Street, N.W.
      Washington, D.C. 20530
      Fax: 202-514-6010

      Shawn Moore, Esq,.
      Assistant Federal Public Defender
      625 Indiana Avenue, NW
      Washington, D.C. 20004
      Fax: 202-208-7515

