IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | ) Cr. No. 07-274 (RJL) |
| | ) |
| | ) |
| RENITA FRANKLIN-THROWER | ) |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant Renita Franklin-Thrower, through counsel, respectfully moves the Court to continue her sentencing in this matter until a date convenient to the Court and parties. As grounds, counsel states as follows:

1. On December 21, 2007, Ms. Franklin-Thrower entered a plea of guilty to embezzlement from an organization receiving federal funds.

2. The Court has set a sentencing date of March 27, 2008, with presentence memoranda due by March 20.

3. Ms. Farnklin-Thrower has not yet met with the probation officer for preparation of the Presentence Report; she has informed counsel that she has been involved in midterm examination and job seeking; she resides in Baltimore.

Accordingly, counsel would respectfully ask that the sentencing date be continued such that Ms. Franklin-Thrower can meet with probation.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Renita Franklin-Thrower
DC Bar #214171
625 Indiana Avenue, NW #550
Washington, DC 20004
202/208-7500
Fax/208-7515

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| V. | ) Cr. No. 07-274 (RJL) |
| | ) |
| | ) |
| RENITA FRANKLIN-THROWER | ) |

**ORDER**

Defendant Franklin-Thrower having moved for a continuance of her sentencing, the motion being unopposed, and good cause shown, it is hereby **ORDERED** that the motion is **GRANTED**, and the clerk and parties shall agree on a new date for sentencing.

This, the _____ Day of _____, 2008.

_____
RICHARD J. LEON
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA