Shawn Moore, FPD

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

FILED

MAR 10

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

USA vs **Renita Franklin-Thrower**　　　　　　　　　　Docket No.: **07-274**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER that a summons be issued for Renita Franklin-Thrower, a violator of the Court's directive to comply with the US Probation Office for the preparation of a presentence report, and a Status Hearing be scheduled to allow the defendant to Show Cause why her bond should not be revoked.

## ORDER OF COURT

Considered and ordered this ____7th____ day of ____March____, 2008.

_____
Richard J. Leon
United States District Judge

Status hearing set for March 25, 2008 @ 11:00 A.M. (WHB)