UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 07-274 (RJL) |
| | : | |
| **RENITA FRANKLIN-THROWER,** | : | |
| | : | |

**GOVERNMENT'S SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, submits this memorandum in aid of sentencing. For the reasons set forth herein, the government respectfully amends its prior recommendation that the Court sentence the defendant to a period of four months of incarceration with no supervised release.

In its previous memorandum, the Government recommended that the Court sentence the defendant to four months of incarceration. The Government also suggested that no period of supervised release be imposed because the defendant is such a poor candidate for supervision. Upon further reflection, the Government recognized that the defendant will be required to pay some amount of restitution pursuant to 18 U.S.C. § 3663A, if only a nominal amount. It appears that a term of supervised release is the only way the Court will be able to monitor and ensure that the defendant pays any required restitution. Accordingly, the Government requests that the defendant be sentenced to four months of incarceration, followed by a period of supervised

release commensurate with any payment schedule set by the Court.

        Respectfully,

        JEFFREY A. TAYLOR
        United States Attorney
        D.C. Bar No. 498610

        _____/s/_____
        Emily A. Miller
        Assistant United States Attorney
        Federal Major Crimes Section
        555 4th Street, N.W.  #4237
        Washington, DC 20530
        Phone: 514-7533; Fax: 514-6010
        D.C.  Bar No. 462077