HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

UNITED STATES OF AMERICA

vs.

**Renita Franklin-Thrower**        Docket No.: 07cr274-01

**FILED**

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

JUL 2 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is hereby **ORDERED** that **Renita Franklin-Thrower** having been sentenced, on June 19, 2008, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to _FPC Alderson_, in _Alderson, WV_ by 2 p.m., on _7-31-2008_.

_7/22/08_
Date

RICHARD J. LEON
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER        DEFENDANT

Revised 6-2004