# WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>RENITA FRANKLIN-THROWER<br><br>DOB: 9/23/65    PDID# 605-307<br><br>Fed# 29402-016 | DOCKET NO  07CR274<br><br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Renita Franklin-Thrower<br>4025 The Alameda<br>Baltimore, Maryland 21218<br><br>**FILED**<br><br>OCT 15 2009<br><br>Clerk, U.S. District and Bankruptcy Courts |
| WARRANT ISSUED ON THE BASIS OF<br>☒ Order of Court    ☐ Information<br>☐ Indictment       ☐ Complaint | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Converts to Own Use Property of Another; Obtaining Funds by Embezzlement from an Organization receiving Federal Funds.

(DEFENDANT FAILED TO SELF- SURRENDER ON 7/31/08 TO BEGIN SERVING SENTENCE.)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION  18 U.S.C. 666 (a)(1) (A) |
|---|---|
| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |

| ORDERED BY<br>RICHARD J. LEON | JUDGE/MAGISTRATE JUDGE<br>RICHARD J. LEON | DATE ISSUED<br>8/1/08 |
|---|---|---|
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE<br>8/1/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>8/04/08 | NAME AND TITLE OF ARRESTING OFFICER<br>John Lopez  DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED<br>10/15/09 | | |

FID 1549481