# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| V. | ) Cr. No. 07-274 (RJL) |
| | ) |
| | ) |
| **RENITA FRANKLIN-THROWER** | ) |

## UNOPPOSED MOTION TO WITHDRAW BENCH WARRANT

Counsel for defendant Franklin-Thrower respectfully moves the Court to withdraw or not issue the bench warrant ordered after the hearing today, April 21. This motion is not opposed by the government.

After the hearing today counsel was able to obtain a phone number for Ms. Franklin-Thrower and contact her. She advised that she was not made aware of the hearing until this morning by the Baltimore authorities, could not get to the District, and tried to notify the Office of Probation here without success. As it appears that she did not receive timely notice of the hearing, counsel asks that the hearing be reset and that he provide timely notice to Ms. Franklin-Thrower such that she may appear voluntarily

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By: _____/s/_____
Shawn Moore
Assistant Federal Public Defender
Attorney for Renita Franklin-Thrower
DC Bar #214171
625 Indiana Avenue, NW #550

Washington, DC 20004
202/208-7500
Fax/208-7515