

RECEIVED
Mail Room
JUL 15 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:
Clerk, U.S. District Court
for the District of Columbia
333 Constitution Ave., N.W.
Washington, DC  20001

**FILED**

JUL 1 5 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

DATE:  July 11, 2013
U.S.A. vs.  Renita Franklin-Thrower
CASE NO.: 13-1612 SAG
YOUR DOCKET NO.: 1:07-cr-00274-RJL-1

Enclosed herein please find certified copies of the following:

(X ) Warrant of Arrest (Copy)
( )   Indictment (Copy)
(X) Financial Affidavit
( )   Contribution Order
(X  Order Appointing the Federal Public Defender
( )   CJA 20 Voucher - Appointment of counsel under CJA
( )   Appearance Bond
( )   Order Setting Conditions of Release
( )   Appearance Line of Counsel
( )   Waiver of Preliminary Hearing
(X ) Waiver of Rule 32.1 Hearings
( )   Temporary Detention Order
( )   Detention Order by Agreement
( )   Commitment to Another District
(X ) Docket Sheet from this District

**Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.  Thank you.**

**Return to:**
**Clerk, U.S. District Court**
**101 West Lombard Street, Room 4415**
**Baltimore, MD 21201-2675**

By: _____
Deputy Clerk

AO 442 (Rev. 11/11) Arrest Warrant                         1549481

# UNITED STATES DISTRICT COURT
for the
District of Columbia

13-1612·SAG

United States of America
v.
RENITA FRANKLIN-THROWER                 )       Case No.   1:07-cr-00274-RJL-1
                                        )
                                        )
                                        )
                                        )
                                        )
        Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

     YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RENITA FRANKLIN-THROWER                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

ORIGINAL CHARGE.  18.666(a)(1)(A); CONVERTS TO OWN USE PROPERTY OF ANOTHER; Obtaining Funds by
Embezzlement from an Organization receiving Federal Funds.

DEFENDANT FAILED TO APPEAR FOR STATUS CONFERENCE ON MAY 23, 2013.


Date:    05/23/2013                                            _____
                                                                      *Issuing officer's signature*

City and state:    WASHINGTON, D.C. 20001                           KENNETH COCKRELL
                                                                      *Printed name and title*

---

| Return |
|---|
| This warrant was received on *(date)*         , and the person was arrested on *(date)* |
| at *(city and state)* |
| Date:                                                    _____ |
|                                                            *Arresting officer's signature* |
|                                                          _____ |
|                                                            *Printed name and title* |

RECEIVED
Mail Room
JUL 15 2013
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

SCANNED

①

# MAGISTRATE JUDGE CRIMINAL MINUTES

| | | | |
|---|---|---|---|
| **DATE:** | July 5, 2013 | **JUDGE:** Stephanie A. Gallagher | **COURTROOM:** 7B |
| **TIME:** | 1:55 – 2:01 | **INTERPRETER:** | |
| **AUSA:** | P. Michael Cunningham | **DFDT ATTORNEY:** Joseph Evans | |

**UNITED STATES OF AMERICA v.**  Renita Franklin-Thrower

**CASE NO.**  13-1612 SAG          **NO. OF COUNTS:**

**DFDT'S AGE:**  47                **YEAR OF BIRTH:**  1965

☒ Initial Appearance                ☐ Defendant to Retain Counsel
☐ Arraignment                       ☐ Violation Notice
☒ Rule 32.1                         ☐ Indictment
☐ Sentencing                        ☐ Superseding Indictment
☐ Bail Review/Revocation Hearing    ☐ Information
☐ Violation of Probation            ☐ Complaint
☐ Violation of Supervised Release   ☐ Preliminary Hearing: _____
☐ Detention Hearing                 ☐ Preliminary Hearing WAIVED

**Defendant arraigned and plead "NOT GUILTY" as to Count(s)** _____
  ☒ Defendant advised of rights to silence and counsel
  ☐ Defendant temporarily detained pending detention hearing on __/__/__ @ ____
  ☐ Defendant detained by agreement
  ☐ Defendant ordered detained after detention hearing
  ☒ FPD appointed as counsel
  ☒ Waiver of Rule 32.1 Hearings
  ☐ Commitment To Another District
  ☐ Order Setting Conditions of Release w/conditions
  ☐ Medical Order for Treatment of Detainee entered
  ☐ Counsel advised to call or go to chambers for dates / given dates in court

Remarks  Defendant continued on conditions previously imposed by the District of Columbia.
_____

____ Days for Motions. Motions to be filed by _____
  ☐ Trial-Bench/Jury _____ day(s) / week(s). Trial week of _____
  ☒ Probation Officer  Corinne Simmons
  ☐ Temporary Order of Detention to U.S. Marshal
  ☒ Minute entries docketed.               Deputy Clerk:  HSG





IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.   Case No.   13-1612 SAG

RENITA FRANKLIN-THROWER

\* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 5th day of July, 2013, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.



Stephanie A. Gallagher
United States Magistrate Judge

SCANNED



# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 13-1612-SAG |
| | ) | |
| Renita Franklin-Thrower | ) | Charging District's Case No. 1:07-cr-00274-RJL-1 |
| Defendant | ) | |

## WAIVER OF RULE 32.1 HEARING
(Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the *(name of other court)*     District of Columbia

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;

(4)    a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and

(5)    a hearing on the government's motion for my detention in which I have the burden to establish by clear and convincing evidence my eligibility for release from custody.

I agree to waive my right(s) to:

☒    an identity hearing and production of the judgment, warrant, and warrant application.

☒    a preliminary hearing.

☐    a detention hearing.   N/A

☒    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:    July 5, 2013

*Defendant's signature*

*Signature of defendant's attorney*

JOSEPH L. EVANS
*Printed name of defendant's attorney*


SCANNED

# U.S. District Court
## District of Maryland (Baltimore)
### CRIMINAL DOCKET FOR CASE #: 1:13-mj-01612-SAG All Defendants
### Internal Use Only

Case title: USA v. Franklin-Thrower

Date Filed: 07/05/2013

Assigned to: Magistrate Judge Stephanie A Gallagher

**Defendant (1)**

**Renita Franklin-Thrower** represented by **Joseph Lee Evans**
Office of the Federal Public Defender
100 S Charles St Tower II Ninth Fl
Baltimore, MD 21201
14109623962
Fax: 14109620872
Email: joseph_evans@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

RECEIVED Mail Room
JUL 15 2013
Angela D. Caesar, Clerk of
U.S. District Court, District of...

**Plaintiff**

USA represented by **P Michael Cunningham**
Office of the United States Attorney

36 S Charles St 4th Fl
Baltimore, MD 21201
14102094884
Fax: 14109623091
Email: michael.cunningham@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2013 | 1 | Rule 32.1 Documents Received as to Renita Franklin-Thrower. (hsg, Deputy Clerk) (Entered: 07/11/2013) |
| 07/05/2013 | 2 | Initial Appearance in Rule 32.1 Proceedings as to Renita Franklin-Thrower held on 7/5/2013 before Magistrate Judge Stephanie A Gallagher. (FTR Gold: Goldsmith) (hsg, Deputy Clerk) (Entered: 07/11/2013) |
| 07/05/2013 | 3 | CJA 23 Financial Affidavit by Renita Franklin-Thrower. (hsg, Deputy Clerk) (Entered: 07/11/2013) |
| 07/05/2013 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Renita Franklin-Thrower. Signed by Magistrate Judge Stephanie A Gallagher on 7/5/13. (hsg, Deputy Clerk) (Entered: 07/11/2013) |
| 07/05/2013 | 5 | WAIVER of Rule 32.1 Hearing by Renita Franklin-Thrower. (hsg, Deputy Clerk) (Entered: 07/11/2013) |
| 07/11/2013 | 6 | Transmittal Letter to the U.S. District Court for the District of Columbia. (hsg, Deputy Clerk) (Entered: 07/11/2013) |

*[Certification stamp dated 7/11/13, signed by Deputy Clerk]*

I hereby attest and certify on 7/11/13 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy