**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | |
| V. | ) | Cr. No. 07-274 (RJL) |
| | ) | |
| | ) | |
| RENITA FRANKLIN-THROWER | ) | |

_____

### DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Renita Franklin-Thrower, through counsel, respectfully submits this memorandum in aid of sentencing.

I.       BACKGROUND

On December 21, 2007, defendant Franklin-Thrower pled guilty to the one count indictment charging her with embezzlement from an organization receiving federal funds, the organization here being the Red Cross.  She was sentenced to 4 months imprisonment and 36 months supervised release with restitution of $28,617.50.

In May, 2013 the United States Office of Probation filed a violation report alleging that Ms. Franklin-Thrower had committed a local crime (traffic violations) and had not notified her probation officer of the contact.  On September 4, 2013, the Court revoked Ms. Franklin-Thrower's conditions of release and ordered sentencing memoranda with respect to final revocation of her supervised release.  Her guidelines range is 3 to 9 months incarceration.

We repeat what we said previously; we do acknowledge some troubling behavior.  But  we would submit again, however that there are no aggravating factors warranting anything above the lower end of the guidelines.  For the foregoing reasons, and any others that may appear to the

Court, counsel and Ms. Franklin-Thrower request a sentence at the lower end of the guidelines.

Respectfully submitted,

A.J. Kramer

Federal Public Defender

By:      _____/s/_____
         Shawn Moore
         Assistant Federal Public Defender
         Attorney for Renita Franklin-Thrower
         DC Bar #214171
         625 Indiana Avenue, NW #550
         Washington, DC 20004
         202/208-7500
         Fax/208-7515